**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

L.R.F., : No. 195 MAL 2017
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
D.W.F., :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.